UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Nakerrick Mosby,

        Petitioiner,

vs.                                          ORDER ADOPTING
                                                    REPORT AND RECOMMENDATION

Michelle Smith,

        Respondent.                    Civil No. 14-5005 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, no objections having been filed, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Court is closing the present case without prejudice.

2. Petitioner's Application to Proceed in District Court without Prepaying Fees or Costs [ECF. No. 6] is DENIED AS MOOT.

DATED: 01/12/15                                                 s/Patrick J. Schiltz_____
At Minneapolis, Minnesota                           Patrick J. Schiltz, Judge
                                                                  United States District Court